# EXHIBIT C

| | |
|---|---|
| **From:** | Graham Fortgang <me@brothergraham.com> |
| **Sent:** | Thursday, November 30, 2023 9:26 AM |
| **To:** | Noah H. Bunzl |
| **Subject:** | Fwd: Notice of a Special Meeting of the Board of Directors-7.14.2022 |
| **Attachments:** | March 2022 ProfitandLoss (1).pdf; Verte Fulfillment P&L1st Qtr Complete Breakout vExt.pdf |

**CAUTION:** This email is from an external source. Please use caution when opening links and attachments

---------- Forwarded message ---------
From: **Graham Fortgang** <me@brothergraham.com>
Date: Tue, Jul 19, 2022 at 12:20 AM
Subject: Re: Notice of a Special Meeting of the Board of Directors-7.14.2022
To: Sara Rubenstein <srubenstein@continentalventures.com>
CC: Jane Gol <jgol@continentalventures.com>, Julian Kahlon <juliankahlon@gmail.com>, Yafit Lev-Aretz <lev.aretz@gmail.com>

Sara,

Thanks for your time today on our call as we try and move forward in best way we can. Here is what I think will be most important. I am unable to meet tomorrow at 4pm due to other obligations and short notice. Please suggest some alternate times Wednesday or later in week. This will also give us some time to review information.

1. Financial projection for the business forward looking, including cash flow to understand how much (if at all) the divestment sale will give runaway.
l2. Leadership of PV to present on direction for future, including projected cash needs *after* divestment. This should be in form of a presentation by leadership, whether that is Bob or Jane. I also want to make the CTO is on the presentation to make sure all C-level executives understand and are in alignment on future plans. This is the *most* important to moving forward.
3. Explanation from CFO around presentation of numbers. Board received an email (attached) showing a loss of $2.7M in march. The warehouse, *however,* shows a loss of $1m in the dropbox diligence. Even taking out the $305K in "tech development", as well as leadership payroll, we are still looking at losses of over $2m associated to warehouse. I worry we are misrepresenting the business in a material way and think it is helpful to understand thinking here.

I also want to advise my opinion that any disputes between debts, liabilities as well as shareholders around notes that Milton mentioned on call should be dealt with prior to any vote.

Graham